**2014–1704. State ex rel. Wyatt v. Ohio Dept. of Rehab. & Corr.**
In Mandamus. On motion to dismiss. Motion granted. Cause dismissed.
O'CONNOR, C.J., and PFEIFER, O'DONNELL, LANZINGER, KENNEDY, FRENCH, and O'NEILL, JJ., concur.

**2014–1708. Wells v. Pagano.**
In Mandamus. On motion to dismiss. Motion granted. Cause dismissed.
O'CONNOR, C.J., and PFEIFER, O'DONNELL, LANZINGER, KENNEDY, FRENCH, and O'NEILL, JJ., concur.

**2014–1731. Watley v. Tenth Dist. Court of Appeals.**
In Mandamus. On motion to dismiss. Motion granted. Cause dismissed.
O'CONNOR, C.J., and PFEIFER, O'DONNELL, LANZINGER, KENNEDY, FRENCH, and O'NEILL, JJ., concur.

**2014–1751. State ex rel. Anderson v. Hendrickson.**
In Procedendo. On motion to dismiss. Motion granted. Cause dismissed.
O'CONNOR, C.J., and PFEIFER, O'DONNELL, LANZINGER, KENNEDY, FRENCH, and O'NEILL, JJ., concur.

**2014–1795. Foster v. Calaway.**
In Mandamus. On complaint in mandamus of JaMichael Foster. On S.Ct.Prac.R. 12.04 determination, cause dismissed.
O'CONNOR, C.J., and PFEIFER, O'DONNELL, LANZINGER, KENNEDY, FRENCH, and O'NEILL, JJ., concur.

**2014–1815. Mattice El v. State.**
In Mandamus. On motion to dismiss. Motion granted. Cause dismissed.
O'CONNOR, C.J., and PFEIFER, O'DONNELL, LANZINGER, KENNEDY, FRENCH, and O'NEILL, JJ., concur.

**2014–1840. State ex rel. Harris v. Sheehan.**
In Procedendo. On motion to dismiss. Motion granted. Cause dismissed.
O'CONNOR, C.J., and PFEIFER, O'DONNELL, LANZINGER, KENNEDY, FRENCH, and O'NEILL, JJ., concur.

**2014–1851. Watley v. Tenth Dist. Court of Appeals.**
In Mandamus. On motions to dismiss of the Franklin County Common Pleas Court and the Tenth District Court of Appeals. Motions granted. Cause dismissed. On motion of Tenth District Court of Appeals to declare relator a vexatious litigator. Motion denied.
O'CONNOR, C.J., and PFEIFER, O'DONNELL, LANZINGER, KENNEDY, FRENCH, and O'NEILL, JJ., concur.

**2014–1855. State ex rel. Sultaana v. Corrigan.**
In Mandamus. On motion to have Cuyahoga County Clerk of Court intervene, motion for emergency joinder, motion to identify signature, and judicial notice. Motions denied. On motion to dismiss. Motion granted. Cause dismissed.
O'CONNOR, C.J., and PFEIFER, O'DONNELL, LANZINGER, KENNEDY, and FRENCH, JJ., concur.
O'NEILL, J., dissents and would grant an alternative writ.

**2014–1861. Stallworth v. Lomax.**
In Mandamus. On answer of respondent. On S.Ct.Prac.R. 12.04 determination, cause dismissed.
O'CONNOR, C.J., and PFEIFER, O'DONNELL, LANZINGER, KENNEDY, FRENCH, and O'NEILL, JJ., concur.

**2014–1868. State ex rel. Barksdale v. Sutula.**
In Prohibition. On motion to dismiss. Motion granted. Cause dismissed. On motions for judgment and damages and for sanctions or default. Motions denied.
O'CONNOR, C.J., and PFEIFER, O'DONNELL, LANZINGER, KENNEDY, FRENCH, and O'NEILL, JJ., concur.

**2014–1894. Davis v. Ohio Adult Parole Auth.**
In Prohibition. On complaint in prohibition of Terrance Davis. On S.Ct.Prac.R. 12.04 determination, cause dismissed. On motion to transfer relator's declaratory judgment action to the Franklin County Court of Common Pleas. Motion denied.
O'CONNOR, C.J., and PFEIFER, O'DONNELL, LANZINGER, KENNEDY, FRENCH, and O'NEILL, JJ., concur.

**2014–1914. Lester v. Gallagher.**
In Mandamus and Prohibition. On relator's revised emergency motion to stay. Motion denied. On motion to dismiss. Motion granted. Cause dismissed.
O'CONNOR, C.J., and PFEIFER, O'DONNELL, LANZINGER, KENNEDY, FRENCH, and O'NEILL, JJ., concur.